# CASES DETERMINED

## August Term, 1927.

---

MORSE, Plaintiff in error, vs. THE STATE, Defendant in error.

*May 7—September 13, 1927.*

*Appeal and error: Affirmance by divided court.*

Where the Justices of this court are equally divided in opinion upon the question involved in an appeal, the judgment appealed from will be affirmed.

ERROR to review a judgment of the circuit court for Grant county: S. E. SMALLEY, Circuit Judge. *Affirmed.*

Criminal prosecution against *J. W. Morse,* who was adjudged guilty of intoxication in a public place.

For the plaintiff in error there was a brief by *Walker & Christenson* of Lancaster, and oral argument by *O. F. Christenson.*

For the defendant in error there was a brief by the *Attorney General, J. E. Messerschmidt,* assistant attorney general, and *R. M. Orchard,* district attorney of Grant county, and oral argument by *Mr. Orchard* and *Mr. Messerschmidt.*

STEVENS, J. Mr. Chief Justice VINJE did not participate in the consideration and decision of the case in this court. The members of the court participating are equally divided in opinion upon the question involved upon this appeal. Mr. Justice ESCHWEILER, Mr. Justice DOERFLER, and Mr. Justice CROWNHART are of the opinion that the judgment

appealed from should be reversed. Mr. Justice Rosen-BERRY, Mr. Justice Owen, and the writer are of the opinion that the judgment should be affirmed. Under the established rule it follows that the judgment appealed from is affirmed. *Fox River Paper Co. v. Railroad Comm.* 189 Wis. 626, 628, 208 N. W. 266.

*By the Court.*—Judgment affirmed.